**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **LINDA KING AND TERRI REEKES,** on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, and MONUMENTAL LIFE INSURANCE COMPANY,**<br><br>Defendants. | Civil Action No. **3:15cv518-HEH** |

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

COME NOW the Plaintiffs Linda King and Terri Reekes ("Plaintiffs") and Transamerica Premier Life Insurance Company and Monumental Life Insurance Company ("Defendants"), by their respective counsel, and jointly move this Court for entry of an Order approving the settlement reached by the Parties as a fair and reasonable settlement of a bona fide dispute arising under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. ("FLSA"). The Parties incorporate herein the arguments set forth in the Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, for the reasons outlined above, and for the reasons contained in the accompanying memorandum of law, and for all other reasons apparent to the Court, the Parties respectfully request that this Court enter an Order approving the negotiated settlement as fair, reasonable, and adequate, and dismissing the action with prejudice.

Jointly submitted by:

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Kevin D. Holden (Virginia Bar No. 30840) | Philip Justus Dean (Virginia Bar No. 86335) |
| Jackson Lewis P.C. | Craig Juraj Curwood (Virginia Bar No. 43975) |
| 1021 E. Cary Street, Suite 1200 | Curwood Law Firm |
| Richmond, Virginia 23219 | 530 E. Main Street, Suite 710 |
| Tel.: (804) 649-0404 | Richmond, VA 23219 |
| Fax: (804) 649-0403 | Telephone: (804) 788-0808 |
| kevin.holden@jacksonlewis.com | Fax: (804) 767-6777 |
| | pdean@curwoodlaw.com |
| Natalie B. Kaminsky (*pro hac vice*) | ccurwood@curwoodlaw.com |
| Jackson Lewis, P.C. | |
| 10701 Parkridge Blvd., Suite 300 | *Counsel for Plaintiffs* |
| Reston, Virginia 20191 | |
| Telephone: (703) 483-8300 | |
| Fax: (703) 483-8301 | |
| natalie.kaminsky@jacksonlewis.com | |

*Counsel for Transamerica*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __28th_ day of January 2016, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing (NEF) to the following:

    Kevin D. Holden, Esq.
    Natalie B. Kaminsky, Esq.
    1021 E. Cary Street
    Suite 1200
    Richmond, Virginia 23219
    Kevin.holden@jacksonlewis.com
    Natalie.kaminsky@jacksonlewis.com
    (804) 649-0404
    (804) 649-0403 (fax)
    Counsel for Defendants

                                      ___/s/_____
                                      Philip Justus Dean (VSB No. 86335)
                                      Craig Juraj Curwood (VSB No. 43975)
                                      Attorneys for Plaintiffs
                                      Curwood Law Firm, PLC
                                      530 E. Main Street, Suite 710
                                      Richmond, VA 23219
                                      Telephone: (804) 788-0808
                                      Fax: (804) 767-6777
                                      pdean@curwoodlaw.com
                                      ccurwood@curwoodlaw.com