**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **LINDA KING AND TERRI REEKES, on behalf of themselves and others similarly situated,** | |
| **Plaintiffs,** | **Civil Action No. 3:15cv518-HEH** |
| **v.** | |
| **TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, and MONUMENTAL LIFE INSURANCE COMPANY,** | |
| **Defendants.** | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT**

Plaintiffs Linda King and Terri Reekes ("Plaintiffs") and Transamerica Premier Life Insurance Company and Monumental Life Insurance Company ("Defendants"), by their respective counsel, submit this memorandum of law in support of their Joint Motion for Court Approval of Settlement ("Motion") and request this Court enter an Order approving the settlement reached by the Parties as a fair and reasonable settlement of a bona fide dispute of claims arising under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA").  In support of the Motion, the Parties state as follows:

1.      On August 28, 2015, Plaintiffs filed an FLSA action against Defendants under the FLSA seeking damages for unpaid overtime compensation, liquidated damages, and attorney's fees.

2.      Defendants filed its Answer on September 22, 2015, disputing Plaintiff's claims under the FLSA.

3.      On January 11, 2016 the Parties and their counsel attended a settlement conference conducted by U.S. Magistrate Judge, the Honorable David J. Novak.   The Parties have now settled this dispute, the terms of which have been reviewed by the Court.

4.      The Parties seek approval of the Settlement Agreement from this Court pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.3d 1350 (11th Cir. 1982).

5.      The Parties, by counsel, represent to the Court that the proposed settlement is, in their judgment, appropriate, fair, and reasonable and in their best interests under all relevant circumstances.

## CONCLUSION

For the reasons previously stated, the Parties respectfully request that this Court enter an Order approving the negotiated settlement as fair, reasonable, and adequate, and dismissing the action with prejudice.

Jointly submitted by:


| | |
|---|---|
| _____/s/_____ | _____/s/_____ ____ _____ |
| Kevin D. Holden (Virginia Bar No. 30840) | Philip Justus Dean (Virginia Bar No. 86335) |
| Jackson Lewis P.C. | Craig Juraj Curwood (Virginia Bar No. 43975) |
| 1021 E. Cary Street, Suite 1200 | Curwood Law Firm |
| Richmond, Virginia   23219 | 530 E. Main Street, Suite 710 |
| Tel.: (804) 649-0404 | Richmond, VA 23219 |
| Fax: (804) 649-0403 | Telephone: (804) 788-0808 |
| kevin.holden@jacksonlewis.com | Fax:  (804) 767-6777 |
| | pdean@curwoodlaw.com |
| Natalie B. Kaminsky (*pro hac vice*) | ccurwood@curwoodlaw.com |
| Jackson Lewis, P.C. | |
| 10701 Parkridge Blvd., Suite 300 | *Counsel for Plaintiffs* |
| Reston, Virginia 20191 | |
| Telephone: (703) 483-8300 | |
| Fax: (703) 483-8301 | |
| natalie.kaminsky@jacksonlewis.com | |

*Counsel for Transamerica*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this  28th  day of January 2016, I electronically filed the foregoing

with the Clerk of the court using the CM/ECF system which will send notification of such filing

(NEF) to the following:

> Kevin D. Holden, Esq.
> Natalie B. Kaminsky, Esq.
> 1021 E. Cary Street
> Suite 1200
> Richmond, Virginia 23219
> Kevin.holden@jacksonlewis.com
> Natalie.kaminsky@jacksonlewis.com
> (804) 649-0404
> (804) 649-0403 (fax)
> Counsel for Defendant

>                    /s/
> Philip Justus Dean (VSB No. 86335)
> Craig Juraj Curwood (VSB No. 43975)
> Attorneys for Plaintiffs
> Curwood Law Firm, PLC
> 530 E. Main Street, Suite 710
> Richmond, VA 23219
> Telephone: (804) 788-0808
> Fax: (804) 767-6777
> pdean@curwoodlaw.com
> ccurwood@curwoodlaw.com