IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| LINDA KING, *et al.* ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRANSAMERICA PREMIER LIFE ) <br> INSURANCE COMPANY, *et al.* ) <br> Defendants. ) <br> _____) | Civil No. 3:15cv518 (HEH) |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Court Approval of Settlement (ECF No. 14), after having been referred to the undersigned for approval of settlement by United States District Judge Henry E. Hudson.

On January 11, 2016, the parties reached a settlement before the undersigned. The Parties have filed a Memorandum of Law in Support of Joint Motion for Court Approval of Settlement (ECF No. 15) and submitted a fully executed copy of Memorandum of Understanding. Having reviewed the filings, the Court FINDS that the settlement terms are reasonable, adequate and fair as to all parties. Accordingly, the Court hereby APPROVES the negotiated settlement and GRANTS the parties' Joint Motion (ECF No. 14). The Court further ORDERS that this action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close this case.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: January 29, 2016